# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| JUDGE: BRIAN McKAY | |
| DEPUTY CLERK: S. Todd | COURT REPORTER/TAPE NO: Debbie Kriegshauser |
| LAW CLERK: | USPO/PTSO: |
| INTERPRETER: N/A | COURT TIME: 10:42-10:49 |
| A.M. P.M. | DATE: September 2, 2026 |

☐MAG. NO. ☑DIST. CR. NO. 3:26-cr-00548-B *SEALED* USDJ Senior Judge Jane J Boyle

UNITED STATES OF AMERICA § Michael Murtha, AUSA
§
v. § ☐
§
§ Kara Carreras (A) ☐
MUHAMED DIEYE (1) § COUNSEL FOR DEFENDANTS APPT – (A), Retd – (R), FPD – (F)

☑INITIAL APPEARANCE ☐IDENTITY ☐BOND HEARING ☐PRELIMINARY HEARING
☐ DETENTION HEARING ☐COUNSEL DETERMINATION HEARING ☐REMOVAL HEARING ☐EXTRADITION HEARING
☐ HEARING CONTINUED ON ________ CASE NO. ________ ☐OTHER DISTRICT ☐DIVISION
☑ DATE OF FEDERAL ARREST/CUSTODY: **08/31/2026** ☐SURRENDER________
☐ RULE 5/32 ☐APPEARED ON WRIT
☑ DEFT FIRST APPEARANCE. DEFT ADVISED OF RIGHTS/CHARGES ☐PROBATION/SUPERVISED RELEASE VIOLATOR
☑ DEFT FIRST APPEARANCE WITH COUNSEL.
☐ DEFT ☐MW (MATERIAL WITNESS) ________ APPEARED ☐WITH ☐WITHOUT COUNSEL
☑ REQUESTS APPOINTED COUNSEL.
☑ FINANCIAL AFFIDAVIT EXECUTED.
☐ ORDER APPOINTING FEDERAL PUBLIC DEFENDER.
☑ PRIVATE COUNSEL APPOINTED Kara Carreras
☐ DEFT HAS RETAINED COUNSEL ________
☐ ARRAIGNMENT SET ☐DETENTION HEARING SET ________

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP - 2 2026
CLERK, U.S. DISTRICT COURT
By SWB
Deputy

☐ PRELIMINARY HEARING SET ________ ☐BOND HEARING SET ________
☐ COUNSEL DETERMINATION HEARING SET ________
☐ IDENTITY/REMOVAL HEARING SET ________
☐ BOND ☐SET ☐REDUCED TO $ ________ ☐CASH ☐ SURETY ☐10% ☐ PR ☐UNS ☐3RD PTY ☐MW
☐ NO BOND SET AT THIS TIME, ____ DAY DETENTION ORDER TO BE ENTERED.
☐ ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED.
☑ ORDER OF DETENTION PENDING TRIAL ENTERED.
☐ DEFT ADVISED OF CONDITIONS OF RELEASE.
☐ BOND EXECUTED ☐DEFT ☐MW RELEASED ☐STATE AUTHORITIES ☐INS
☑ DEFT ☐MW REMANDED TO CUSTODY.
☐ DEFT ORDERED REMOVED TO ORIGINATING DISTRICT.
☑ WAIVER OF ☐PRELIMINARY HEARING ☐RULE 5/32 HEARING ☑DETENTION HEARING w/ reservations.
☐ COURT FINDS PROBABLE CAUSE ☐ID ☐PC.
☐ DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT.
☐ GOVERNMENT TO NOTIFY FOREIGN CONSULAR.
☑ FED. R. CRIM. P. 5(f)(1) ORAL ORDER ISSUED. WRITTEN ORDER TO FOLLOW.

☐ REMARKS:________