# United States District Court
# Northern District of Texas
Dallas Division

US MARSHALS SERVICE N/TX
DALLAS, TX
2026 AUG 28 A 9:58

FILED-USDC-NDTX-DA
'26 SEP 3 PM3:07

UNITED STATES OF AMERICA

V.

Muhamed Dieye a/k/a MJ, Jayjay, Medici, Lambomotion Tony, Adam Fedler, Gabriel Colon, Sebastian King, James Stovall

## SEALED WARRANT FOR ARREST

CASE NUMBER: 3:26-cr-548-B (1)

MAG. CASE NUMBER: ______________________

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Muhamed Dieye

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

- [x] Sealed Indictment
- [ ] Information
- [ ] Complaint
- [ ] Order of court
- [ ] Violation Notice
- [ ] Probation Violation Petition

charging him or her with:

Conspiracy to Commit Wire Fraud and Bank Fraud; Bank Fraud; Wire Fraud; Aggravated Identity Theft

in violation of Title 18

United States Code, Section(s)

1349 (18 U.S.C. §§ 1343 and 1344(2)); 1344(2); 1343; 1028A

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

Karen Mitchell
Signature of Issuing Officer

U.S. District Judge Jane J Boyle
Judge

08/27/2026
Date

Dallas, TX
Location

s/K. Brown
(By) Deputy Clerk

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at
U.S. Marshals Dallas, TX 75242

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| 8/27/26 | Glenn Quigendo [?] | [signature] |
| DATE OF ARREST 9/2/26 | Usms [?] | |

055 11981215