IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3:26-CR-00548-B |
| MUHAMED DIEYE, ET AL. | |

**UNITED STATES' MOTION FOR PROTECTIVE ORDER**

The United States respectfully files its Motion for Protective Order and respectfully states as follows.

1. On August 25, 2026, the grand jury returned a twenty-two-count indictment charging fourteen defendants with Conspiracy to Commit Wire Fraud and Bank Fraud (18 U.S.C. § 1349 (18 U.S.C. §§ 1343 and 1344(2)); Wire Fraud (18 U.S.C. § 1343); Bank Fraud (18 U.S.C. § 1344(2)); and Aggravated Identity Theft (18 U.S.C. § 1028A). Due to the nature of the offenses, the discovery in the government's possession (over 4.5 terabytes) includes large amounts of confidential information, including personally identifiable information (PII), bank information, financial account numbers, and other sensitive information.

2. The United States has not redacted each instance of PII in the discovery as redacting the information would be substantially burdensome and would consume a great deal of government resources. Instead, the United States seeks to produce the material in an unredacted form, subject to the proposed protective order, which limits disclosure to the parties in this case.

3. Pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, the Court has the authority to issue an order to facilitate the discovery process and to ensure that information that falls under the protective order is to be used only for purposes of litigating this case. *See United States v. Salemme*, 978 F. Supp. 386, 390 (D. Mass. 1997); *United States v. Gangi*, 1998 WL 226196, at *4 (S.D.N.Y. May 4, 1998). Indeed, the Supreme Court has recognized that a trial court "can and should, where appropriate, place a [party] under enforceable orders against unwarranted disclosure of the materials which they may be entitled to inspect." *Alderman v. United States*, 394 U.S. 165, 185 (1969).

4. The United States provided a copy of the Agreed Protective Order to defense counsel for all defendants who are currently represented. To date, several defendants have not yet been apprehended or appeared in this District. While all defendants are not yet before the Court, the United States files this Motion so it can begin producing documents to defense counsel for those defendants who have appeared. To date, all defendants have agreed to the terms of the proposed protective order with only counsel for defendant Sutton objecting to the extent that he cannot provide documents to his client.

5. Thus, pursuant to the Court's authority under Rule 16(d) of the Federal Rules of Criminal Procedure, and for good cause shown, the government respectfully asks this Court to enter the attached Protective Order to facilitate the discovery process in this case.

Respectfully submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY

/s/ *Michael J. Murtha*
MICHAEL J. MURTHA
Assistant United States Attorney
Texas Bar Number 24116801
1100 Commerce Street, Suite 300
Dallas, Texas 75242
Telephone: (214) 659-8600
Facsimile: (214) 659-8805
Michael.Murtha@usdoj.gov

## CERTIFICATE OF CONFERENCE

I hereby certify that beginning on September 9, 2026, the United States sent a letter to counsel for each defendant with this Motion and Proposed Order. The United States asked defense counsel to submit all objections to the proposed motion by Friday, September 18, 2026. All responses received to date are noted below.

| # | Defendant's Name | Defense Counsel | Defendant's Position |
|---|---|---|---|
| 1 | Muhamed Dieye | Kara Carreras | Unopposed |
| 2 | Maurice Rashad McDuffie | *CJA pending* | *N/A* |
| 3 | Saad Nashat Botros | Joe Magliolo | Unopposed |
| 4 | Sammed Kweku Okyne | Charles Bleil and Jeneba Barrie | Unopposed |
| 5 | Renaldo Santez Gaines | Walker Fults | Unopposed |
| 6 | | *Has not appeared.* | |
| 7 | Terry Leon Daniels, Jr. | Joey Mongaras | Unopposed |
| 8 | | *Has not appeared.* | |
| 9 | | *Has not appeared.* | |
| 10 | Kemar Fitzroy Needham | *CJA pending* | *N/A* |
| 11 | | *Has not appeared.* | |
| 12 | Kevin Brandon Flores Cazares | *CJA pending* | *N/A* |
| 13 | Dylon Amari Ruby | James Lee Bright | Unopposed |
| 14 | Courtney Jane Sutton | Clint Broden | Opposed to the extent defendant cannot receive copies (which is addressed in subsection (d) of the Proposed Protective Order) |

/s/ *Michael J. Murtha*
MICHAEL J. MURTHA
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this document was filed via the Court's CM/ECF System on this 18th day of September 2026.

/s/ *Michael J. Murtha*
MICHAEL J. MURTHA
Assistant United States Attorney