IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3:26-CR-00548-B |
| MUHAMED DIEYE, ET AL. | |

**[PROPOSED] ORDER GRANTING UNITED STATES' MOTION FOR ALTERNATIVE VICTIM NOTIFICATION UNDER 18 U.S.C. § 3771(D)(2)**

Pending before the Court is the United States' Motion for Alternative Victim Notification under 18 U.S.C. § 3771(d)(2). Having considered the Motion and applicable law, and in accordance with the findings set forth below, the Court finds that the Motion should be GRANTED.

The government seeks an order from the Court approving the use of alternative means to provide notice to the large number of crime victims in this case. Under 18 U.S.C. § 3771(a)(2), crime victims have a right to "reasonable, accurate, and timely notice" of public court proceedings. In this case, the alleged victims of the charged crimes—*i.e.*, conspiracy to commit bank fraud and wire fraud, wire fraud, bank fraud, and aggravated identity theft charges—were the individuals whose personally identifying information the defendants gained access to then, at times, used to make financial transactions.

The United States represents that there are over 3,000 victims, many of whom were included on a spreadsheet in the defendants' possession. The United States represents that the spreadsheet containing the victims' personally identifying information

includes social security numbers, bank account numbers, EINs, dates of birth, home and business addresses, and the like. At times, however, cells are missing relevant victim data. Given the number of alleged victims and incomplete information, it will be impracticable for the government to identify and locate all victims and then provide them with reasonable, accurate, and timely notice by mail or e-mail of the various court proceedings.

Under such circumstances, 18 U.S.C. § 3771(a)(2) of the Crimes Victims' Rights Act gives the court the authority to "fashion a reasonable procedure to give effect to this chapter that does not unduly complicate or prolong the proceedings." The government seeks authorization to provide an alternate means to provide notice to the large number of crime victims in this case. In its Motion, the government sets out its proposed actions to comply with 18 U.S.C. § 3771. The court finds the proposal meritorious and GRANTS the government's motion.

Therefore, the Court finds that: (1) the "multiple victim" provisions of 18 U.S.C. § 3771(d)(2) apply to the above entitled and numbered cause; (2) it is impractical, because of the number of victims, for the government and the Court to identify all the direct and proximate victims of the charged offenses, on an individual basis, without unduly complicating or prolonging the proceedings; and (3) the proposal set forth in the government's Motion is a "reasonable procedure" to give effect to the provisions of 18 U.S.C. § 3771.

It is therefore ORDERED that the government is authorized to comply with the provisions of 18 U.S.C. § 3771(a)(2) in the above entitled and numbered cause by

providing notice of the court proceedings as provided in the proposal set forth in its Motion.

So ordered on __________ __, 2026.

______________________________________
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE